ELIZABETH HANLEY, as Administrtrix of the Estate of BERNARD J. HANLEY, Deceased, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

Argued November 24, 1948; decided January 6, 1949.

*Theodore Kiendl* and *William R. Meagher* for appellant.

*Harry E. Kreindler, Max J. Wolff* and *Emanuel Rothstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. FULD, J., dissents upon the ground that the record is devoid of any evidence that defendant was guilty of negligence.